# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

YAQUB JAMEL FAHEEM,

    Plaintiff,

v.                                            CASE NO. 5:11cv146-RH/EMT

DR. MOSES IZUEGHN et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 14.  No objections have been filed.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The plaintiff's motion to voluntarily dismiss without prejudice, ECF No. 13, is GRANTED.  The clerk must enter judgment stating, "This case is voluntarily

dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)." The clerk must close the file.

    SO ORDERED on September 21, 2011.

                                           <u>Robert L. Hinkle</u>
                                           United States District Judge